# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | |
| : | Case No. 2:08-CR-223-1 |
| **ANTHONY D. ALLS,** : | JUDGE MARBLEY |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on Defendant Anthony D. Alls Motion to Reopen His Competency Hearing.

Pursuant to 18 U.S.C. § 4241(a), (d), a hearing to determine Defendant's mental competency was held on February 26, 2008. Defendant appeared at the hearing with his counsel. At the end of the hearing, defense counsel asked that she be permitted to withdraw and that substitute counsel be appointed for Defendant. Defense counsel complained that Defendant's lack of confidence in her ability to adequately represent him in fact impeded her ability to adequately represent him. Upon inquiry by the Court, Defendant concurred in counsel's request for leave to withdraw and for the appointment of substitute counsel. Defense counsel was granted leave to withdraw and arrangements were made for the appointment of substitute counsel.

Defendant asserts he was entitled to the effective assistance of counsel during every stage of the criminal proceedings. He asserts, "[d]ischarging counsel that was unable to adequately represent Anthony Alls at the end of his competency hearing violated the Defendant's

Constitutional right to counsel at a critical stage of his criminal proceedings." For this reason, he requests the Court reopen his competency hearing so that he can participate in those proceedings with the benefit of effective legal counsel.

The Court finds that Defendant was adequately represented during the course of the hearing. Defendant's Motion to Reopen His Competency Hearing is thereby **DENIED**. The Court also **ADOPTS** the Magistrate Judge's Report and Recommendation **DENYING** Defendant's request that another competency evaluation be conducted and **FINDING** Defendant competent to stand trial.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: May 1, 2009**