# CURRICULUM VITAE
OF
# HEATHER E. MCCLELLAN

520 KING AVENUE • COLUMBUS, OH 43201 • PHONE (614) 645-4911 • FAX (614) 645-3917

## PROFESSIONAL EXPERIENCE

January 1995 – present   Columbus Police Crime Laboratory           Columbus, OH
*Forensic Scientist II – Firearms Examiner*

## EDUCATION

1988 - 1993     Ohio State University                                Columbus OH
*Bachelor of Science, Zoology*

## PROFESSIONAL MEMBERSHIP

Member of the Association of Firearm and Tool Mark Examiners, August 2008

## PROFESSIONAL TRAINING

- Gun shot Residue Distance Determination, Ohio Peace officer's Training Academy, instructed by Jack Dillon, (Sept. 21-25, 2009)
- Ethics Course, instructed by Dan Gunnell, AFTE Conference and Training Seminar, Miami FL (May 2009)
- Gunshot Residue Course, instructed by Bob Shem, AFTE Conference and Training Seminar, Miami FL (May 2009)
- Is it a Bullet Hole?, Instructed by Lucian Hague, AFTE Conference and Training Seminar, Miami, FL (May 2009)
- Tour of the Hi-Point Firearms Factory, Mansfield OH, (November 2008)
- M&P Armorers School, instructed by the Smith & Wesson Academy, Ohio Peace Officer's Training Academy (March 2008)
- Remington 870 Armorer's School, Ohio Peace Officer's Training Academy (March 2008)
- Colt M16/AR-15 Rifle Armorer's School, Ohio Peace Officer's Training Academy (February 2008)
- Tool Mark Identification Training Course, instructed by the A.T.F., hosted by FSIO in Cincinnati OH (September 2006)
- Tour of the S&W Firearms Factory, AFTE Conference and Training Seminar, Springfield MA (June 2006)
- Tour of the Savage Arms Factory, AFTE Conference and Training Seminar, , Springfield MA (June 2006)

# CURRICULUM VITAE
OF
# HEATHER E. MCCLELLAN

520 KING AVENUE • COLUMBUS, OH 43201 • PHONE (614) 645-4911 • FAX (614) 645-3917

## PROFESSIONAL TRAINING

- Investigation of Firearms Markings, AFTE Conference and Training Seminar, Springfield MA (June 2006)
- Hi-Point Familiarization Course with Tom Deeb, AFTE Conference and Training Seminar, Springfield, MA (June 2006)
- The Science of Firearms-Tool Marks Identification, F.B.I. Academy, Quantico VA (February 2006)
- Colt 1911 Model 'O' Frame Pistol Armorer's School, instructed by Colt's Manufacturing Company, Inc., Ohio Peace Officer's Training Academy (December 2004)
- **S&W Semiautomatic Pistol Armorer's School, instructed by the Smith & Wesson Academy, Ohio Peace officer Training Academy (September 2004)**
- Serial Number Restoration Course, instructed by the A.T.F., Raleigh NC (August 2004)
- A.T.F./F.T.I. (NIBIN) National Integrated Ballistic Information Network training course, (May 2002)
- The Ohio State University, Textiles 371, (Autumn quarter 2000)
- Courtroom Testimony Workshop, instructed by Dan Bergman, Columbus Police Crime Laboratory (November 2000)
- Sixteenth Molecular Microspectroscopy Short Course, Miami University, OH (June 2000)
- F.B.I. Drugfire training course (March 2000)
- Motor-Vehicle Lamp Examination, Northwestern University Traffic Institute (June 1999)
- Introduction to Hairs and Fibers School, F.B.I. Academy, Quantico VA (September 1998)
- McCrone Research Institute, "Forensic Microscopy" (May 1998)
- Footwear Workshop, Midwestern Association of Forensic Scientists (May 1998)

## PROFICIENCY TESTING

CTS Annual Tests: Firearms Identification annually from 2005 to the present
Competency Test in Firearms Identification: March 2005
Proficiency Test for Firearms Operability given by Mark Hardy at the Columbus Division
of Police Crime Laboratory: December 2004

Proficiency Test for Firearms Operability given by the Miami Valley Regional Crime
           Laboratory: July 2003
Competency Test in Firearms Operability: December 2000
CTS Annual Tests: Footwear Impressions annually from 2000 through 2006
Competency Test in Footwear Impressions: 2000
CTS Annual Tests: Chemical Analysis 1995, 1996, 1997, 1998, 1999, 2000

# CURRICULUM VITAE
OF
# HEATHER E. MCCLELLAN

520 KING AVENUE • COLUMBUS, OH 43201 • PHONE (614) 645-4911 • FAX (614) 645-3917